HARVARD FINANCIAL CORPORATION, Respondent, *v.* GREENBLATT CONSTRUCTION CO., INC., et al., Defendants; STALEY ELEVATOR CO., INC., Appellant, and THE BOWERY SAVINGS BANK, Respondent.

(Submitted April 10, 1933; decided April 18, 1933.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 261 N. Y. 169.)